[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 7, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10611
Non-Argument Calendar

_____

D. C. Docket No. 07-00013-CR-BAE-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARGARET MANUEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 7, 2008)

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Charles H. Brown, appointed counsel for Margaret Manuel, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Manuel's conviction and sentence are **AFFIRMED.**